# United States District Court

## DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
OCT 1 2015
Clerk, U.S. District Court
By_____ Deputy Clerk

In the Matter of the Seizure of:

$26,160.00 IN U.S. CURRENCY,
more or less, in the custody of the
Kansas Highway Patrol

APPLICATION FOR
SEIZURE WARRANT

Case No. 15-MJ-6246-01-GEB

I, John Rule, being duly sworn depose and say:

I am a Task Force Officer with the United States Drug Enforcement Administration, and have reason to believe that in the District of Kansas, or in another district pursuant to 18 U.S.C. § 981(b)(3), there is now certain property which is subject to seizure and forfeiture to the United States, namely:

$26,160.00 in U.S. Currency, more or less, in the custody of the Kansas Highway Patrol

pursuant to Title 21, United States Code, Section 881(6) for violations of Title 21, United States Code Section, 841.

The facts to support a finding of probable cause for issuance of a Seizure Warrant are as follows:

See attached law enforcement affidavit.

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence.

1 Oct 15
Date

At Wichita, Kansas

_____
GWYNNE E. BIRZER
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT

I, John Rule, being first duly sworn, depose and state:

1. Your Affiant is employed as a Kansas Highway Patrol (KHP) Trooper for 24 years, and has been a cross-designated DEA Task Force Officer for the last 7 years.. My duties include investigation of violations of the Controlled Substance Act, title 21 of the United States Code and the forfeitures thereto.

2. The information contained in this affidavit is known to your Affiant through personal direct knowledge, and /or through a review of official reports prepared by other law enforcement personnel. This affidavit is submitted in support of a federal forfeiture proceeding.

3. On or about September 27, 2015, KHP Trooper P.S. Baker conducted a traffic stop of an westbound rented Dodge on I-70 at milepost 29 in Sherman County, in the District of Kansas. The traffic offense was speeding 91mph in a 75mph zone. The renter of the vehicle, Elton Sykes, was not present. The driver was Keyon Brown, and passengers were Christopher Gibson and Dahkeitra Moses. Brown did not have a valid driver's license. Both Brown and Gibson had drug criminal histories.

4. During a consent search of the Dodge, officers located a small container of marijuana, multiple empty duffle bags containing the odor of marijuana, a roll of plastic vacuum sealer bags, a vacuum sealing machine, and $26,160.00 in U.S. currency.

5. During an interview, Brown claimed the currency, said he was unemployed, had a pending marijuana case in Tulsa, Oklahoma, and had been arrested three times for marijuana in the last ten years. Brown also said that he was traveling to Colorado and planned to use the vacuum sealer and bags to seal the marijuana that he was to purchase in Colorado.

6. Later, at another location, a certified drug detection dog alerted to the odor of controlled substances on the seized currency.

7. Based on the information set out above, Affiant has probable cause to believe that the $26,160.00 seized in this investigation by the Kansas Highway Patrol constitutes money or other things of value furnished or intended to be furnished in exchange for a controlled substances, or proceeds traceable to such an

exchange, or was used or intended to be used to facilitate one or more violations of Title 21, U.S.C. § 841 et.seq. Accordingly, the currency is subject to forfeiture pursuant to Title 21, U.S.C. § 881.

John Rule, TFO
DEA

Sworn to and subscribed by me this 1st day of October, 2015

GWYNNE E. BIRZER
United States Magistrate Judge